## PROVIDENCE COUNTY.

---

PETITION OF EDWARD ELIASON for a Writ of *Habeas Corpus*.

E., a non-resident of this State, was committed to jail on a writ of arrest issued in an action of *assumpsit* and there detained until discharged by being admitted to take the poor debtor's oath, the action of *assumpsit* having been continued in the meantime to enable E. to appear as a witness at the trial of it. Immediately upon E.'s discharge from imprisonment and while the action of *assumpsit* was pending he was arrested in an action of deceit and committed to jail.

*Held*, that E. was within the State for the purpose of attending the trial of the action of *assumpsit*, and was therefore not liable to arrest in another action.

PETITION for a Writ of *Habeas Corpus*.

The petitioner, a non-resident of Rhode Island, was arrested on a writ in an action of *assumpsit* and committed to jail. The case was continued *nisi* until the petitioner should be released and be able to appear in court at the trial thereof. Subsequently the petitioner was discharged from his commitment by being admitted to take the poor debtor's oath, and upon leaving the jail was arrested on a writ in an action of deceit and committed to jail, the action of *assumpsit* still pending.

*May* 29, 1895.  PER CURIAM.  At the time of the service of the writ of arrest on the petitioner in the action for deceit, the action of *assumpsit* against the petitioner was pending in the District Court of the Sixth Judicial District, having been continued to enable the petitioner, when he should have been released from imprisonment in that suit, to appear as a

witness in the trial of it. This being so, the petitioner was within the State for the purpose of attending the trial of the action of *assumpsit,* and was, therefore, not liable to *arrest* in another suit. *Ellis* v. *DeGarmo,* 17 R. I. 715 ; *Waterman* v. *Merritt,* 7 R. I. 345.

Petition granted.

*J. Jerome Hahn,* for petitioner.

*Thomas F. West,* for committing creditor.